**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | No. 13-50286 |
| Plaintiff - Appellee, | D.C. No. 2:08-cr-01157-MWF |
| v. | |
| MARK ROBERT STEFFEN, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Central District of California
Michael W. Fitzgerald, District Judge, Presiding

Submitted June 12, 2014[**]

Before:    McKEOWN, WARDLAW, and M. SMITH, Circuit Judges.

Mark Robert Steffen appeals from the district court's judgment and

challenges the 24-month sentence imposed upon revocation of supervised release.

We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Steffen contends that the district court erred by relying on improper factors

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

in making its sentencing decision.  We review for plain error, *see United States v. Hammons*, 558 F.3d 1100, 1103 (9th Cir. 2009), and find none.  The record reflects that the district court properly considered the relevant sentencing factors specified in 18 U.S.C. § 3583(e) and did not impose the sentence on the basis of any improper factor.  *See United States v. Miqbel*, 444 F.3d 1173, 1181-82 (9th Cir. 2006).

Steffen also contends that his sentence is substantively unreasonable.  The district court did not abuse its discretion in imposing Steffen's sentence.  *See Gall v. United States*, 552 U.S. 38, 51 (2007).  The 24-month sentence is substantively reasonable in light of the section 3583(e) sentencing factors and the totality of the circumstances, including Steffen's breach of trust and the need to deter.  *See id.*; *Miqbel*, 444 F.3d at 1182.

Finally, we reject Steffen's contention that the district court breached a promise made at a previous sentencing hearing.

**AFFIRMED.**

2                                                                                    13-50286